1783.  ceive continental money for fpecie, and, at the end of it, be de-
prived of the debts due to them from abroad, whilft they are oblig-
ed to pay the debts due from them to *Britifh* fubjects. Unlefs
fome care is taken, this may be the cafe I would hope, therefore,
that the affemblies of the different ftates will think ferioufly of it,
and, with a view it may be attended to, I have given this hint
upon the prefent public occafion.

With refpect to the cafe before the court, the CHIEF JUSTICE
feemed ftrongly with the plaintiffs, and the jury found a verdict
for them accordingly.

*Lewis* and *Wilfon* for the plaintiffs—*Bradford* and *Ingerfol* for the
defendant.

# *April* Term,  1783.

## KENNEDY *verfus* FURY.

A CONVEYANCE was made to A. in truft for B. and B.
brought an ejectment on his own demife. *Blair* contended
that the demife ought to have been laid in the name of A. in-as-
much as the legal eftate was in him.

But by ATLEE *Juftice,* (M'KEAN *C. J.* being abfent) the demife
by B. is well enough. We have no Court of Equity here; and,
therefore, unlefs the *ceftui que truft* could bring an *ejectment* in his
own name, he would be without remedy, in the cafe of an obftinate
*truftee.*

OYER